Daniel BREINING, Petitioner,

v.

OFFICE OF PERSONNEL
MANAGEMENT,
Respondent.

No. 2007–3274.

United States Court of Appeals,
Federal Circuit.

Nov. 2, 2007.

Daniel L. Breining, pro se.

Before NEWMAN, GAJARSA, and
DYK, Circuit Judges.

PER CURIAM.

### ORDER

The Office of Personnel Management
moves to waive the requirements of Fed.
Cir. R. 27(f) and to dismiss Daniel Brein-
ing's petition for review for lack of juris-
diction. Breining has not responded.

The Merit Systems Protection Board af-
firmed OPM's denial of Breining's applica-
tion for a disability retirement annuity.
Breining petitioned this court for review.

Although we generally have subject mat-
ter jurisdiction over a petition for review
of a Board affirmance of an OPM disability
benefit denial, our review is limited by
statute. *See* 5 U.S.C. § 8347(d)(2). In his
brief, Breining challenges only the factual
determination that he did not show that he
is disabled for purposes of receiving dis-
ability benefits. Pursuant to 5 U.S.C.
§ 8347 and *Lindahl v. Office of Personnel
Management,* 470 U.S. 768, 105 S.Ct. 1620,
84 L.Ed.2d 674 (1985), this court has no
jurisdiction to review factual issues. *See
Lindahl,* 470 U.S. at 791, 105 S.Ct. 1620
("the factual underpinnings of [5 U.S.C.]
§ 8347 disability determinations may not
be judicially reviewed"); *Anthony v. Office
of Personnel Management,* 58 F.3d 620,
626 (Fed.Cir.1995) (holding this court's re-
view of disability determinations limited to
deciding whether there has been a sub-
stantial departure from important proce-
dural rights or error of law; and precluded
as to factual underpinnings).

Accordingly,

IT IS ORDERED THAT:

(1) OPM's motion to waive the require-
ments of Fed. Cir. R. 27(f) is granted.

(2) OPM's motion to dismiss is granted.

(3) Each side shall bear its own costs.